# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

========================
## NO. 03-06-00078-CV
========================

**Mark Flood, Appellant**

**v.**

**Medical Office Management, II, Ltd., Appellee**

=====================================================================
### FROM THE COUNTY COURT OF LAW NO. 3 OF BELL COUNTY
### NO. 48,685, HONORABLE GERALD M. BROWN, JUDGE PRESIDING
=====================================================================

## M E M O R A N D U M   O P I N I O N

Appellant Mark Flood has filed a motion seeking to withdraw his appeal on the ground that the parties have settled their dispute and he no longer wishes to pursue his appeal. We grant the motion and dismiss the appeal.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed on Appellant's Motion

Filed: April 7, 2006